IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCES GONZALES ARREDONDO, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-1934-P-BN |
| CRUZ SYLVA TORRES, JR., | § § | |
| Defendant. | § § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Frances Gonzales Arredondo filed this action on May 28, 2014. He was granted leave to proceed *in forma pauperis* under the provisions of 28 U.S.C. § 1915.

On preliminary review of the complaint, the Court was not able to determine the nature of Plaintiff's claims against Defendant or the nature of the relief he sought. A questionnaire was issued to Plaintiff in an effort to flesh out the facts underlying his complaint. *See* Dkt. No. 7. On June 10, 2014, the questionnaire and the Court's order granting Plaintiff leave to proceed *in forma pauperis* were returned to the Clerk of Court as undeliverable. *See* Dkt No. 8. Stamped on the front of the envelope are the words "RETURN TO SENDER ... NOT DELIVERABLE AS ADDRESSED ... UNABLE TO FORWARD." *See* id. Review of the docket sheet revealed that Plaintiff had failed to provide the Court with his current address.

On July 3, 2014, the undersigned magistrate judge recommended dismissal of this action as a result of Plaintiff's failure to update the Court with his current

address. *See* Dkt. No. 9. But the undersigned requested that the case be referred back to the undersigned if Plaintiff updated his address within 14 days of the recommendation. *See id.*

On July 18, 2014 Plaintiff filed a notice of change of address. *See* Dkt. No. 11.

Accordingly, the Court ORDERS that the Findings, Conclusions, and Recommendation, entered in this action on July 3, 2014 [Dkt. No. 9] are WITHDRAWN.

SO ORDERED.

DATED: August 6, 2014

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE