IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCES GONZALES ARREDONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-1934-P |
| | § | |
| CRUZ SYLVA TORRES, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

On September 8, 2014, the assigned Magistrate Judge issued Findings, Conclusions, and Recommendation ("FCR") in which he recommended that the Court summarily dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has filed no specific objection to the FCR. But on October 10, 2014, Plaintiff filed a document that has been docketed as "Correspondence." He therein provides various records.

After reviewing all relevant matters of record in this case, including the issued FCR and the subsequent filing of Plaintiff, in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court finds that the FCR is correct. Because Plaintiff has asserted no specific objection to the FCR and the Court cannot reasonably construe the subsequent filing of Plaintiff as stating any specific objection, the Court has reviewed the FCR for clear error and is satisfied that there is no clear error on the face of the record. The Court hereby accepts the FCR as the Findings and Conclusions of the Court. And it summarily **DISMISSES** this action with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED** this 23rd day of October, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE